THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN FIRE INSURANCE COMPANY, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. American F. Ins. Co.* v. *Feitner,* 63 App. Div. 614, affirmed. (Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July

9, 1901, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing the capital and surplus of the relator for purposes of taxation.

*Robert L. Wensley* and *John O. Heald* for appellant.

*John Whalen, Corporation Counsel* (*George S. Coleman* and *James M. Ward*, of counsel), for respondents.

Order affirmed, with costs, on *People ex rel. Westchester F. Ins. Co.* v. *Davenport* (91 N. Y. 574) and *People ex rel. Nat. Surety Co.* v. *Feitner* (166 N. Y. 129); no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting: O'BRIEN, J.